**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7609**

---

NEWTON COCKERILL,

                              Petitioner - Appellant,

        versus

W. F. DARIUS, JR.,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CA-02-119-5-FO)

---

Submitted:  December 16, 2002      Decided:  December 23, 2002

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Newton Cockerill, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Newton Cockerill, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Cockerill v. Darius, No. CA-02-119-5-FO (E.D.N.C. July 9, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED